Gary I. Grenley, Bar #751380
E-Mail: ggrenley@gsblaw.com
Paul H. Trinchero, Bar #014397
E-Mail: ptrinchero@gsblaw.com
Eryn Karpinski Hoerster, Bar #106126
E-Mail: ehoerster@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 S.W. Morrison Street
Portland, Oregon 97204-3141
Telephone: 503 228 3939
Facsimile: 503 226 0259

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| KIRILL KICHATOV and ALEXANDRA KICHATOV,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, INC.<br><br>      Defendant. | Case No. 3:13-cv-00103-BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to a stipulation of the parties, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims and Defendant's counterclaim are DISMISSED WITH PREJUDICE and without recovery of costs or attorney's fees by any party.

Dated this 22nd day of October, 2014.

_____
The Honorable Anna J. Brown

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
Page 1 of 3

STIPULATED AND AGREED:

DATED this 17th day of October, 2014.

                              GARVEY SCHUBERT BARER

                              By  /s/ Paul H. Trinchero
                                   Paul H. Trinchero, Bar # 014397
                                   Telephone: 503 228 3939.
                                   Fax: 503 226 0259
                                   E-Mail: ptrinchero@gsblaw.com

DATED this 17th day of October, 2014.

                              BISHOP, MARSHALL & WEIBEL, P.S.

                              By  /s/ David Weibel
                                   David Weibel, OSB #082316
                                   Telephone: (206) 264-5916
                                   Fax: (206) 622-0354
                                   E-mail: dweibel@bwmlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I caused the foregoing document titled **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** to be served via electronic CM/ECF filing:

> Katie A. Axtell
> David A. Weibel
> Bishop, Marshall & Weibel, P.S.
> 720 Olive Way, Suite 1201
> Seattle, WA 98101
>
> *Attorneys for Defendant*

GARVEY SCHUBERT BARER

By /s/ Paul H. Trinchero
Paul H. Trinchero, OSB 014397
Telephone: 503 228 3939
Fax: 503 226 0259
E-Mail: ptrinchero@gsblaw.com
Attorneys for Plaintiffs

PDX_DOCS:523586.1